UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. 13-4457 _____ as

☐Retained  ☑Court-appointed(CJA)  ☐Court-assigned(non-CJA)  ☐Federal Defender  ☐Pro Bono  ☐Government

COUNSEL FOR: Edward Wilson _____

_____ as the
(party name)

☑appellant(s)  ☐appellee(s)  ☐petitioner(s)  ☐respondent(s)  ☐amicus curiae  ☐intervenor(s)

_____
(signature)

Joan Robin, Esq (formerly Joan Ruff) _____        703-349-1111 _____
Name (printed or typed)                              Voice Phone

Law Office of Joni C. Robin _____                   703-349-1118 _____
Firm Name (if applicable)                            Fax Number

114 North Alfred Street _____

Alexandria, VA  22314 _____                         joni@jonirobinlaw.com _____
Address                                              E-mail address (print or type)

---

### CERTIFICATE OF SERVICE

I certify that on June 25, 2013 _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| Michale Ben'Ary<br>Assistant United States Attorney<br>2100 Jamieson Ave.<br>Alexandria, VA 22314<br>michael.ben'ary2@doj.gov | Christopher Leibig, Esq.<br>Law Office of Christopher Leibig<br>114 North Alfred Street<br>Alexandria, VA 22314<br>chris@chrisleibiglaw.com |

_____                              June 25, 2013 _____
Signature                                            Date

11/17/2011
SCC